

# Fourth Court of Appeals
## San Antonio, Texas

May 23, 2019

No. 04-19-00294-CV

**GLOBAL TANK CONSTRUCTION, LLC** and Scott Leonard d/b/a Global Tank
Construction,
Appellants

v.

**TARSCO BOLTED TANK, INC.,**
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 16-08-00339CVF
Honorable Russell Wilson, Judge Presiding

# O R D E R

Counsel for appellants have filed a Motion for Leave to Withdraw and Extension of time. Counsels' motion meets the requirements of Texas Rule of Appellate Procedure 6.5. *See* TEX. R. APP. P. 6.5. We GRANT counsels' motion to for leave to withdraw.

Additionally, we GRANT the request for extension of the appellate deadlines. Accordingly, the appellate deadlines for the filing of the docketing statement and payment of the appellate filing fee are extended to June 19, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court